# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| VALERIE NELSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 18-00385-CG-N |
| | ) |
| ANDREW M. SAUL, | ) |
| *Commissioner of Social Security*, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b)(1), and S.D. Ala. GenLR 72(a)(2)(W), and dated February 6, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the final decision of the Defendant Commissioner of Social Security denying Plaintiff Valerie Nelson's January 15, 2015 applications for a period of disability, disability insurance benefits, and supplemental security income is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g). Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 19th day of March, 2020.

                                           /s/ Callie V. S. Granade
                                           SENIOR UNITED STATES DISTRICT JUDGE