# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| VALERIE NELSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION 18-0385-CG-N ) |
| ANDREW M. SAUL, *Commissioner of Social Security*, | ) ) ) ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the Order entered on this date adopting the recommendation of the Magistrate Judge, it is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Valerie Nelson.

**DONE and ORDERED** this 19th day of March, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE